ROBINSON MILLER LLC
Keith J. Miller (kmiller@rwmlegal.com)
Michael J. Gesualdo (mgesualdo@rwmlegal.com)
Justin T. Quinn (jquinn@rwmlegal.com)
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
(973) 690-5400

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Mark A. Baghdassarian (*admitted pro hac vice*)
Aaron M. Frankel (*admitted pro hac vice*)
Eileen M. Patt (*admitted pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
mbaghdassarian@kramerlevin.com
afrankel@kramerlevin.com
epatt@kramerlevin.com

*Attorneys for Defendants Sirius XM Holdings Inc., Sirius XM Radio Inc., and James E. Meyer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY PARRELLA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIRIUS XM HOLDINGS INC. d/b/a SIRIUS XM SATELLITE RADIO; SIRIUS XM RADIO INC.; and JAMES E. MEYER,<br><br>Defendants. | Civil Action No.: 3:19-cv-15778-AET-ZNQ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT** |

**THIS MATTER** having been brought before the Court on behalf of Defendants Sirius XM Holdings Inc., Sirius XM Radio Inc., and James E. Meyer by way of a motion to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*. and to dismiss Plaintiff's class claims, and this Court having fully considered the parties' respective submissions, as well as the record before it; and for good cause shown:

**IT IS** on this _____ day of ____________________ 2019

**ORDERED** that Defendants' Motion to Compel Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, be and hereby is granted; and it is further

**ORDERED** that Plaintiff's class claims are hereby dismissed with prejudice and Plaintiff's claims shall be arbitrated on an individual basis.

________________________________
Honorable Anne E. Thompson, U.S.D.J.